# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY WAYNE RANDALL.<br><br>    Defendant. | 2:11-CR-00073-LDG-GWF<br><br>**ORDER** |

IT IS HEREBY ORDERED that a transcript of the Change of Plea hearing in the above matter held on December 21, 2011 (Docket Number 53), be provided to the Court.

DATED this _____ day of February, 2012.

_____
Lloyd D. George
United States District Judge