UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )       2:11-CR-073-LDG (GWF)
                                    )
                                    )
JERRY WAYNE RANDALL,                )
                                    )
            Defendant.              )

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on December 21, 2011, defendant JERRY WAYNE RANDALL, pled guilty to the Two-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1), and in Count Two with Sale of a Stolen Firearm, in violation of Title 18, United States Code, Section 922(j).

This Court finds defendant JERRY WAYNE RANDALL agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and in the Plea Agreement.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement and the offenses to which defendant JERRY WAYNE RANDALL pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

(a) Mossberg, Model 590, 12-gauge shotgun, serial number P856214;

(b) Smith and Wesson, Model 14-3, .38 caliber revolved, serial number 8K35943; and

(c) any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JERRY WAYNE RANDALL in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall serve, by in-hand personal service, the owner of the stolen Smith and Wesson firearm (serial number 8K35943), notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>     Michael A. Humphreys
>     Assistant United States Attorney
>     Daniel D. Hollingsworth
>     Assistant United States Attorney
>     Lloyd D. George United States Courthouse
>     333 Las Vegas Boulevard South, Suite 5000
>     Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 22 day of MAR, 2012.

_____
UNITED STATES DISTRICT JUDGE